IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CT TRANSPORT, LLC AND**                                                                 **PLAINTIFFS**
**DARREN HURT**

v.                                           **No. 4:10-CV-1173 JMM**

**FINANCIAL FEDERAL CREDIT INC.**                              **DEFENDANT**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Now on this day comes on for hearing the joint motion of the Plaintiffs and Defendant for an order of dismissal without prejudice. The parties have agreed that this cause of action can and should be dismissed. Good cause is shown and this matter is dismissed without prejudice.

IT IS SO ORDERED this   12   day of October.


_____
James M. Moody United States
United States District Judge